SUSAN LARABEE et al., Respondents-Appellants, v GOVERNOR OF THE STATE OF NEW YORK, Defendant, and NEW YORK STATE SENATE et al., Appellants-Respondents.

Submitted December 21, 2009; decided January 12, 2010

Reported below, 65 AD3d 74.

Motion by Asian American Bar Association of New York et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

Chief Judge LIPPMAN taking no part.